UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NOS: 5:07-CR-00287-BR
5:10-CR-116-BR

| | | |
|---|---|---|
| PEDRO MARTINEZ-HERNANDEZ | ) | |
| | ) | |
| | ) | ORDER |
| | ) | |
| | ) | |
| UNITED STATES OF AMERICA | ) | |

This matter is before the court on petitioner's motion for a certificate of appealability. The court finds that petitioner has not made "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The motion is DENIED.

This 21 June 2010.

_____
W. Earl Britt
Senior U.S. District Judge